UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| STATE OF NEVADA, | Case No. 2:24-cv-00310-JAD-EJY |
| --- | --- |
| Plaintiff, | |
| v. | **ORDER** |
| TAZ TA'VON HAMMOND, | |
| Defendant. | |

Pending before the Court is a Notice of Removal filed by Taz Ta'von Hammond who appears to want to challenge a citation issued by the Las Vegas Justice Court. Defendant did not pay the filing fee associated with Removal and did not file an application to proceed *in forma pauperis* ("IFP"). To commence a civil action in federal court Defendant, who is pro se, must submit a Complaint on the form provided by the Court. Local Special Rule ("LSR") 2-1. Defendant must also either pay the $405 filing fee for a civil action or file an IFP application for a non-prisoner. 28 U.S.C. § 1914(a) (a party seeking to initiate a civil action must pay the filing fee set by the Clerk of Court); LSR 1-1. In addition to these errors, Defendant is in violation of Local Rule LR IA 10-2 because he did not provide a physical address, email address, or telephone number at which he can be contacted.

Accordingly, IT IS HEREBY ORDERED that no later than **April 22, 2024**, Defendant must: (1) file a Complaint on the Court's form, and (2) either pay the $405 filing fee or file a complete application to proceed in forma pauperis by a non-prisoner.

IT IS FURTHER ORDERED that the Clerk of Court must mail Defendant (1) the form Civil Rights Complaint, (2) instructions for completing the Complaint, (3) the application to proceed in forma pauperis by a non-prisoner, and (4) the instructions for completing this form.

1    IT IS FURTHER ORDERED that failure to file a Complaint on the Court's form and either pay the $405 filing fee or file a complete application to proceed in forma pauperis on or before **April 22, 2024** will result in a recommendation to dismiss this action without prejudice. A dismissal without prejudice allows Defendant to file his case with the Court, under a new case number.

Dated this 20th day February, 2024.

_____
ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE