UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

STATE OF NEVADA,                             Case No. 2:24-cv-00310-JAD-EJY

            Plaintiff,

v.                                           **ORDER**

TAZ TA'VON HAMMOND,

            Defendant.

On February 13, 2024, Defendant, a non inmate, submitted a Notice of Removal to the Clerk's Office attempting to initiate a case before the Court. ECF No. 1. Defendant listed his address as: "General Delivery, Dothan, AL 36302." *Id*. Defendant did not pay the filing fee or file an application to proceed *in forma pauperis* ("IFP") at the time he submitted his initiating documents. *Id*. On February 20, 2024, the Court Ordered Defendant to file a complaint on the Court's form together with payment of the filing fee or an IFP application. ECF No. 4. The Court's Order further required the Clerk of Court to send Defendant (1) instructions for filing an IFP application, (2) the application form, (3) instructions for filing a civil rights complaint, and (4) the complaint form. *Id*. On March 18 and 25, 2024 the Court received returned mail. ECF Nos. 5, 6, 7. The mail returned by the U.S. Post Office states Defendant has provided an address to which mail cannot be deliverable. *Id*. On April 1, 2024, Defendant filed an IFP application on a form other than the Court's form, but which is nonetheless complete. ECF No. 8. Defendant also filed an "Affidavit of Reservation of Rights," an "Oath of Allegiance," a "Call Detail Report" from the Nevada Department of Public Safety, a "Notice and Warning to Police Officers – State Troopers and Sheriffs," and an untitled document that looks like a complaint. ECF Nos. 8, 8-1. The address on the newly filed documents is the same "General Delivery" address appearing on Defendant's originally filed documents, which is an address to which the U.S. Postal Service cannot deliver. *Compare* ECF No. 8 at 1 and ECF Nos. 5, 6, 7.

1    Defendant must provide the Court with an address to which U.S. Mail can be
2    delivered.  District of Nevada Local Rule IA 3-1 (requiring a "pro se party … [to] immediately file
3    with the court written notification of any change of mailing address, email address, telephone
4    number, or facsimile number.  …  Failure to comply with this rule may result in the dismissal of the
5    action, entry of default judgment, or other sanctions as deemed appropriate by the court"); LR IA
6    10-2 (requiring all Court filings to contain a name, address, and telephone number for the filer).

7    Accordingly, IT IS HEREBY ORDERED that Defendant **must** provide the Court with a
8    reliable physical address to which U.S. Mail is deliverable no later than **April 30, 2024.**

9    IT IS FURTHER ORDERED that Defendant's failure to comply with this Order may result
10    in a recommendation to dismiss this action without prejudice.

11    Dated this 3rd day of April, 2024.

ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE