UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| STATE OF NEVADA, | Case No. 2:24-cv-00310-JAD-EJY |
| Plaintiff, | |
| v. | **ORDER** |
| TAZ TA'VON HAMMOND, | |
| Defendant. | |

On April 3, 20224, the Court entered an Order instructing Plaintiff to provide a reliable physical address to which U.S. Mail is deliverable no later than April 30, 2024. ECF No. 9. On April 15, 2024, Plaintiff submitted a Notice of Change of Address reflecting a physical address in St. Petersburg, Florida. ECF No. 10. In light of the foregoing, the Court denies Plaintiff's application to proceed *in form pauperis* ("IFP") (ECF No. 8) as it is not on this Court's approved form and directs Plaintiff to either pay the filing fee for a civil action or file this Court's approved form IFP application by a non-prisoner together with a Complaint.

Accordingly, IT IS HEREBY ORDERED that Plaintiff's application to proceed *in forma pauperis* (ECF No. 8) is DENIED.

IT IS FURTHER ORDERED that on or before **May 31, 2024**, Plaintiff **must** either pay the $405 filing fee for a civil action or file this Court's approved form application to proceed *in forma pauperis* by a non-prisoner together with a Complaint.

IT IS FURTHER ORDERED that the Clerk of Court must mail Plaintiff (1) a copy of this Order, (2) the Court's February 20, 2024 Order (ECF No. 4), (3) the form application to proceed *in forma pauperis* by a non-prisoner, as well as the instructions for completing this form, and (4) the form for a Civil Rights Complaint, as well as the instructions for completing this form.

1    IT IS FURTHER ORDERED that failure to either pay the $405 filing fee or file a complete application to proceed *in forma pauperis* by a non-prisoner together with a Complaint may result in a recommendation to dismiss this action without prejudice.

Dated this 30th day of April, 2024.

_____
ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE