UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

Taz Ta'von Hammond,

    Plaintiff

v.

State of Nevada; Officer Tyler Tomasek,

    Defendants

Case No.: 2:24-cv-00310-JAD-EJY

**Order Granting Voluntary Dismissal and Closing Case**

[ECF Nos. 52, 53, 54]

    Pro se plaintiff Taz Ta'von Hammond filed this 42 U.S.C. § 1983 lawsuit against Nevada Highway Patrol Trooper Tyler Tomasek over what he characterizes as "a troubling violation of constitutional rights during a routine traffic stop."[1] Because Hammond's single Fourth Amendment unreasonable-search claim for damages was related to an ongoing state-court prosecution and there was adequate opportunity to raise his constitutional challenges in that court, I stayed the case under *Younger v. Harris*.[2] Hammond appealed, and while that appeal was pending, he filed a "Notice of Voluntary Dismissal and Motion to Seal Case,"[3] stating simply that he "voluntarily dismisses this action pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure."[4] In a July 28, 2025, indicative order, I advised the Ninth Circuit that I would grant that dismissal if it remanded the case back to me for that purpose.[5] But Hammond had also filed a voluntary dismissal of that appeal, and the Ninth Circuit granted it on August 13,

---

[1] ECF No. 14 at 6 (complaint).
[2] ECF No. 34 (stay order).
[3] ECF No. 53.
[4] *Id*. at 1.
[5] ECF No. 55.

2025.[6]  Because there is no longer a pending appeal in this case, and for the reason stated in my indicative order,

IT IS ORDERED that I liberally construe his voluntary dismissal as a motion to lift the stay to permit him to voluntarily dismiss the case, I grant that request, lift the stay for the limited purpose of granting Hammond's voluntary dismissal and denying his remaining motions, and GRANT voluntary dismissal.  **This case is therefore DISMISSED in its entirety without prejudice;** Hammond's motion to certify constitutional questions **[ECF No. 52] is DENIED as moot** and his request to seal the docket **[ECF No. 54] is DENIED** for the reasons stated in my indicative ruling.

**The Clerk of Court is directed to CLOSE THIS CASE.  No further documents may be filed in this closed case.**

_____
U.S. District Judge Jennifer A. Dorsey
August 15, 2025

---

[6] ECF No. 57.